UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SHLOMY HALAWANI,

    Plaintiff,

    v.                                                         Case No.: 18-CV-61540-BB

FRISBID SERVICES, LLC,

    Defendant.

_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES
## TO PLAINTIFF'S COMPLAINT

    Defendant, FRISBID SERVICES, LLC (hereinafter "Frisbid"), by and through undersigned counsel, in response to the class action complaint and demand for jury trial ("Complaint") filed by Plaintiff SHLOMY HALAWANI ("Plaintiff"), answers the Complaint as follows:

    1.    The statute referenced in paragraph 1 of the Complaint speaks for itself and is the best evidence as to its terms and content, and no response is therefore required; to the extent that a response is required, Frisbid denies the allegations.

    2.    Frisbid denies the allegation regarding Plaintiff began receiving unsolicited text message solicitation on his cellular telephone. Frisbid lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 2 of the Complaint, therefore denies them.

3. Frisbid denies the allegations in paragraph 3 of the Complaint pertaining to Frisbid. Frisbid lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 3 of the Complaint, and therefore denies them.

4. In response to paragraph 4 of the Complaint, Frisbid admits that Plaintiff seeks statutory damages and injunctive relief under the TCPA, but denies that Plaintiff's claims have any merit. Frisbid denies all other allegation in paragraph 4 of the Complaint.

## JURISDICTION AND VENUE

5. Paragraph 5 of the Complaint states a legal conclusion to which no response is required.

6. Paragraph 6 of the Complaint states a legal conclusion to which no response is required.

## PARTIES

7. Frisbid lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 7 of the Complaint, and therefore denies them

8. Frisbid admits the allegations in paragraph 8 of the Complaint.

9. Frisbid admits that it operated one automotive care center in the South Florida region of the United States.

## FACTUAL ALLEGATIONS RELATING TO PLAINTIFF

10. Frisbid lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 10 of the Complaint, and therefore denies them.

11. Frisbid lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 11 of the Complaint, and therefore denies them.

12. Frisbid lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 12 of the Complaint, and therefore denies them.

13. Frisbid lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 13 of the Complaint, and therefore denies them.

14. Frisbid lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 14 of the Complaint, and therefore denies them.

15. Frisbid lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 15 of the Complaint, and therefore denies them.

16. Frisbid lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 16 of the Complaint, and therefore denies them.

## TEXT MESSAGES PROVIDE TELEMARKETERS WITH INSTANT COMMUNICATION TO CONSUMERS TO PROMOTE GOODS AND SERVICES

17. Frisbid lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 17 of the Complaint, and therefore denies them.

18. Frisbid lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 18 of the Complaint, and therefore denies them.

19. Frisbid lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 19 of the Complaint, and therefore denies them.

20. Frisbid lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 20 of the Complaint, and therefore denies them.

21. Frisbid lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 21 of the Complaint, and therefore denies them.

22. Frisbid lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 22 of the Complaint, and therefore denies them.

## OVERVIEW OF THE TCPA

23. The statute and case referenced in paragraph 23 of the Complaint speak for themselves and provide the best evidence as to their terms and content, and

no response is therefore required; to the extent that a response is required, Frisbid denies the allegations.

24. The statute and case referenced in paragraph 24 of the Complaint speak for themselves and provide the best evidence as to their terms and content, and no response is therefore required; to the extent that a response is required, Frisbid denies the allegations.

25. The statute and case referenced in paragraph 25 of the Complaint speak for themselves and provide the best evidence as to their terms and content, and no response is therefore required; to the extent that a response is required, Frisbid denies the allegations.

26. The statute and case referenced in paragraph 26 of the Complaint speak for themselves and provide the best evidence as to their terms and content, and no response is therefore required; to the extent that a response is required, Frisbid denies the allegations.

27. The statute and case referenced in paragraph 27 of the Complaint speak for themselves and provide the best evidence as to their terms and content, and no response is therefore required; to the extent that a response is required, Frisbid denies the allegations.

28. The statute and case referenced in paragraph 28 of the Complaint speak for themselves and provide the best evidence as to their terms and content, and no response is therefore required; to the extent that a response is required, Frisbid denies the allegations.

29. The statute and case referenced in paragraph 29 of the Complaint speak for themselves and provide the best evidence as to their terms and content, and no response is therefore required; to the extent that a response is required, Frisbid denies the allegations.

30. The statute and case referenced in paragraph 30 of the Complaint speak for themselves and provide the best evidence as to their terms and content, and no response is therefore required; to the extent that a response is required, Frisbid denies the allegations.

**Vicarious Liability**

31. The statute and regulatory body referenced in paragraph 31 of the Complaint speak for themselves and provide the best evidence as to their terms and content, and no response is therefore required; to the extent that a response is required, Frisbid denies the allegations.

32. The order referenced in paragraph 32 of the Complaint speaks for itself and is the best evidence as to its terms and content, and no response is therefore required; to the extent that a response is required, Frisbid denies the allegations.

33. The regulations referenced in paragraph 33 of the Complaint speak for themselves and provide the best evidence as to their terms and content, and no response is therefore required; to the extent that a response is required, Frisbid denies the allegations.

34. The order referenced in paragraph 34 of the Complaint speaks for itself and is the best evidence as to its terms and content, and no response is therefore required; to the extent that a response is required, Frisbid denies the allegations.

35. The order referenced in paragraph 35 of the Complaint speaks for itself and is the best evidence as to its terms and content, and no response is therefore required; to the extent that a response is required, Frisbid denies the allegations.

36. The statute, order, and regulations referenced in paragraphs 42-46 of the Complaint speak for themselves and provide the best evidence as to their terms and content, and no response is therefore required; to the extent that a response is required Frisbid denies the allegations.

## CLASS ALLEGATIONS

37. In response to paragraph 37 of the Complaint, Frisbid admits that Plaintiff purports to bring this action on behalf of himself and others, but denies that the purported class action has any merit.

38. Frisbid denies the allegations in paragraph 38 of the Complaint.

39. In response to paragraph 39 of the Complaint, Frisbid admits that Plaintiff purports to bring this action on behalf of himself and others, but denies that the purported class action has any merit.

40. Frisbid denies the allegations in paragraph 40 of the Complaint.

41. In response to paragraph 41 of the Complaint, Frisbid admits that Plaintiff excluded from his purported class defendants and their employees or agents; Plaintiff's attorneys and their employees; the Judge to whom this action is assigned

and any member of the Judge's staff and immediate family; and claims for personal injury, wrongful death, and/or emotional distress.

42. Frisbid denies the allegations in paragraph 42 of the Complaint.

43. Frisbid denies the allegations in paragraph 43, including subsections (a), (b), and (c) of paragraph 43, of the Complaint.

44. Frisbid denies the allegations in paragraph 44 of the Complaint.

45. Frisbid denies the allegations in paragraph 45 of the Complaint.

46. Frisbid denies the allegations in paragraph 46 of the Complaint.

47. Frisbid denies the allegations in paragraph 47 of the Complaint.

48. Frisbid denies the allegations in paragraph 48 of the Complaint.

49. Frisbid denies the allegations in paragraph 49 of the Complaint.

50. Frisbid denies the allegations in paragraph 50 of the Complaint.

## COUNT I
## Violation of 47 U.S.C. § 227(b) and the Regulations Promulgated Thereunder
## (On Behalf of Plaintiff and the Class)

51. Frisbid restates and incorporates by reference its responses to paragraphs 1-50 inclusive.

52. The statute and regulations referenced in paragraphs 52 of the Complaint speak for themselves and provide the best evidence as to their terms and content, and no response is therefore required; to the extent that a response is required Frisbid denies the allegations.

53. Frisbid denies the allegations in paragraph 53 of the Complaint pertaining to Frisbid. Frisbid lacks sufficient knowledge or information to form a

belief as to the truth of the remaining allegations in paragraph 53 of the Complaint addressing the other defendant, and therefore denies them.

54. Frisbid denies the allegations in paragraph 54 of the Complaint pertaining to Frisbid. Frisbid lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 54 of the Complaint addressing the other defendant, and therefore denies them.

Frisbid further denies that it is liable for the requested relief in subsections (a)–(d) of the WHEREFORE clause under paragraph 54 of the Complaint or any relief whatsoever.

## COUNT II
## Violation of 47 U.S.C. § 227(b) and the Regulations Promulgated Thereunder (On Behalf of Plaintiff and the DNC Class)

55. Frisbid restates and incorporates by reference its responses to paragraphs 1-50 inclusive.

56. The statute and regulations referenced in paragraphs 56 of the Complaint speak for themselves and provide the best evidence as to their terms and content, and no response is therefore required; to the extent that a response is required Frisbid denies the allegations.

57. Frisbid denies the allegations in paragraph 57 of the Complaint pertaining to Frisbid. Frisbid lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 57 of the Complaint addressing the other defendant, and therefore denies them.

58.	Frisbid denies the allegations in paragraph 58 of the Complaint pertaining to Frisbid. Frisbid lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 58 of the Complaint addressing the other defendant, and therefore denies them.

59.	Frisbid denies the allegations in paragraph 59 of the Complaint pertaining to Frisbid. Frisbid lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 59 of the Complaint addressing the other defendant, and therefore denies them.

Frisbid further denies that it is liable for the requested relief in subsections (a)–(d) of the WHEREFORE clause under paragraph 59 of the Complaint or any relief whatsoever.

60.	In response to paragraph 60 of the Complaint, Frisbid denies that Plaintiff is entitled to a trial by jury.

## AFFIRMATIVE AND OTHER DEFENSES

Frisbid pleads its Affirmative and Other Defenses, without assuming the burden of proof, and without prejudice to its Answer, as follows:

### First Defense

The claims of Plaintiff are barred on the basis that the Plaintiff lacks standing to pursue claims against Frisbid because Plaintiff has not incurred any loss.

### Second Defense

Plaintiff's claims are barred, in whole or in part, because Plaintiff has failed to state a claim upon which relief can be granted.

### Third Defense

Plaintiff's claims are barred, in whole or in part, because Frisbid is not liable for any messages allegedly sent by a third party.

### Fourth Defense

Plaintiff's claims are barred, in whole or in part, by consent, express and implied, granted or authorized to be granted by Plaintiff.

### Fifth Defense

Plaintiff's claims are barred because Plaintiff was not charged for the text messages referred to in paragraphs 10-11 of the Complaint.

### Sixth Defense

Plaintiff's claims are barred because Plaintiff has failed to mitigate any of Plaintiff's damages.

### Seventh Defense

Plaintiff's claims are barred, in whole or in part, by the doctrines of acquiescence, waiver, laches, estoppel, and/or unclean hands.

### Eighth Defense

Any award of punitive or statutory damages against Frisbid would be unconstitutional as violative of the Due Process Clause of the Fourteenth Amendment to the United States Constitution, and the Excessive Fines Clause of the Eighth Amendment to the United States Constitution.

### RESERVATION

Frisbid hereby reserves its right to assert any other affirmative defenses that discovery reveals to be applicable so as to avoid waiver of the same.

## **FRISBID'S PRAYER FOR RELIEF**

WHEREFORE, Frisbid prays for judgment as follows:

(a) That Plaintiff take nothing by way of the Complaint and the Court dismiss the Complaint with prejudice;

(b) That the Court enter judgment that Frisbid is the prevailing party in this action;

(c) That the Court award Frisbid all costs, expenses and attorneys' fees that it is entitled to under federal and Florida law; and

(d) That the Court award any and all other relief to which Frisbid may be entitled.

Dated: August 23, 2018                    Respectfully submitted,

**HIRZEL DREYFUSS & DEMPSEY, PLLC**
*Counsel for Defendant*
2333 Brickell Avenue, Suite A-1
Miami, Florida 33129
Telephone: (305) 615-1617
Facsimile: (305) 615-1585

By: /s/ *Leon F. Hirzel*
    **LEON F. HIRZEL**
    Florida Bar No. 085966
    hirzel@hddlawfirm.com
    **PATRICK G. DEMPSEY**
    Florida Bar No. 27676
    dempsey@hddlawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served via CM/ECF Notification to all parties registered to receive electronic notice on this 23rd day of August, 2018.

                                                */s/ Leon F. Hirzel*
                                                **LEON F. HIRZEL**