UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SHLOMY HALAWANI,

    Plaintiff,

    v.                                      Case No.: 18-CV-61540-BB

FRISBID SERVICES, LLC,

    Defendant.

_____/

## UNOPPOSED MOTION FOR WITHDRAWAL AS COUNSEL OF RECORD WITH CLIENT CONSENT

COMES NOW, the law firm of HIRZEL DREYFUSS & DEMPSEY, LLP and its attorney who has appeared in this case, Leon F. Hirzel, Esq., (collectively, "HDD Law Firm") hereby move to withdraw from the representation of Defendant, FRISBID SERVICES, LLC, (hereinafter "Defendant"), and state as follows:

1. On July 9, 2018 Plaintiff instituted this two-count class action against Defendant pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") [ECF 3].

2. On August 23, 2018 HDD Law Firm filed an Answer and Affirmative Defenses to the Plaintiff's Complaint on behalf of Defendant [ECF 16].

3. On August 27, 2018 the Court entered an Order Resetting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge.

4. Defendant and the HDD Law Firm have encountered irreconcilable differences.

5. Defendant does not have any objection to this Unopposed Motion for Withdrawal of Counsel. Furthermore, Defendant has consented to the entry of an order granting this Unopposed Motion for Withdrawal as Counsel of Record. (*See* "Exhibit A").

6. Moreover, Defendant will not be unduly prejudiced by such withdrawal since Defendant was made aware of the consequences of the HDD Law Firm's withdrawal and its failure to obtain new counsel, and since Defendant has sufficient time to obtain new counsel to represent it and prepare for trial.

7. Accordingly, the HDD Law Firm's withdrawal can be accomplished without any material Adverse effect on the interest of Defendant and the HDD Law Firm's withdrawal should be allowed.

8. The HDD Law Firm further requests that Defendant be provided with thirty (30) business days to obtain new counsel and that all further pleadings, orders, notices, correspondence and communication be directed to Frisbid Services, LLC, Attn: Hector Osorio, 4917 N University Dr., Lauderhill, FL 33351.

WHEREFORE, Defendant, FRISBID SERVICES, LLC, respectfully requests that this Honorable Court enter an order permitting HDD to withdraw as counsel of record in this matter and relieve HDD of any responsibility in this action, provide Defendant with thirty (30) business days to obtain new counsel, and grant such other and further relief as may be deemed just and proper.

## LOCAL RULE 7.1(a)(3) GOOD FAITH CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), United States District Court for the Southern District of Florida, the undersigned certifies that the undersigned conferred in good faith with counsel for Plaintiff, Shlomy Halawani, in an effort to resolve the issues set forth herein, and the undersigned is authorized to represent to the Court that Plaintiff does not oppose the relief requested herein.

Dated: September 14, 2018.                    Respectfully submitted,

                                        **HIRZEL DREYFUSS & DEMPSEY, PLLC**
                                      *Counsel for Defendant*
                                      2333 Brickell Ave, Suite A-1
                                      Miami, Florida 33129-2497
                                      Telephone: (305) 615-1617
                                      Facsimile: (305) 615-1585

                             By:   */s/ Leon F. Hirzel*
                                      **LEON F. HIRZEL**
                                      Florida Bar No. 085966
                                      hirzel@hddlawfirm.com
                                      **PATRICK G. DEMPSEY**
                                      Florida Bar No. 27676
                                      dempsey@hddlawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this 14th day of September 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document will be served upon all parties requesting electronic notice and a copy will be served U.S. Mail to Frisbid Services, LLC, Attn: Hector Osorio, 4917 N University Dr., Lauderhill, FL 33351.

                                        */s/ Leon F. Hirzel*
                                        LEON F. HIRZEL

## **EXHIBIT A**

## **CLIENT CONSENTS TO UNOPPOSED MOTION FOR WITHDRAWAL AS COUNSEL OF RECORD**

I, Hector Osorio, on behalf of Defendant, Frisbid Services, LLC, hereby consent to Hirzel Dreyfuss & Dempsey, PLLC and Leon Hirzel, Esq. (collectively, "HDD Law Firm") to withdraw from representation of Frisbid Services, LLC for the matter of *Shlomy Halawani v. Frisbid Services, LLC*, Case No. 18-CV-61540-BB.

Dated: 9 September 9, 2018                    By:

Hector Osorio,
Managing Member of Frisbid Services, LLC