UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61540-BB

SHLOMY HALAWANI,

    Plaintiff,

v.

FRISBID SERVICES, LLC,

    Defendant.

                                   /

## ORDER

**THIS CAUSE** is before the Court upon Defendant's Unopposed Motion to Withdraw as Attorney, ECF No. [19], and Unopposed Motion to Stay, ECF No. [20]. The Court has reviewed the Motions and is fully advised.

On September 14, 2018, Defendant's counsel filed an Unopposed Motion for Withdrawal as Counsel of Record with Client Consent, requesting that this Court enter an order permitting counsel to withdraw from the above-styled case and from further representation of Defendant in light of the irreconcilable differences that have arisen between counsel and Defendant. *See* ECF No. [19]. Counsel also represented that Defendant "has consented to the entry of an order" granting the motion to withdraw. *See Id*. at 2. On September 14, 2018, Defendant also filed a motion to stay discovery while Defendant has the opportunity to retain new counsel. *See* ECF No. [20].

The Court also notes that on August 24, 2018, the Court ordered the parties to select a mediator pursuant to Local Rule 16.2, schedule a time, date, and place for mediation, and jointly file a proposed order scheduling mediation on or before September 13, 2018. *See* ECF No. [18].

Case No. 18-cv-61540-BB

The deadline for compliance has passed and, to date, the parties have not complied nor asked for an extension of time by which to do so.

Being fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Unopposed Motion for Withdrawal as Counsel, **ECF No. [19]**, is **GRANTED**.

2. **Within four (4) days of the entry of this Order**, counsel shall serve a copy of this Order on Defendant **and file a Notice with the Court indicating when service was made** and indicating that the contents of this Order were thoroughly explained to Defendant.

3. Subsequent to filing the Notice, Leon F. Hirzel, Esq. and Hirzel Dreyfuss & Dempsey, PLLC, shall be relieved of all further responsibilities related to Defendant in these proceedings.

4. Defendant shall have **thirty (30) days** from the date of service of this Order to obtain new counsel and to have their new counsel file a Notice of Appearance with the Court.

5. Defendant's Unopposed Motion to Stay Discovery, **ECF No. [20]**, is **GRANTED**.

6. Defendant's new counsel shall have **fifteen (15) days** upon the filing of the Notice of Appearance to respond to Plaintiff's First Request for Production.

7. The parties shall have **twenty-one (21) days** upon Defendant's new counsel's filing of the Notice of Appearance to select a mediator pursuant to Local Rule 16.2, schedule a time, date and place for mediation, and jointly file a proposed order scheduling mediation in accordance with the Court's August 24, 2018 Order.

Case No. 18-cv-61540-BB

**DONE AND ORDERED** in Miami, Florida this 17th day of September, 2018.

                                        _____
                                        **BETH BLOOM**
                                        **UNITED STATES DISTRICT JUDGE**

cc:

Counsel of record