UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SHLOMY HALAWANI,

    Plaintiff,

    v.                                      Case No.: 18-CV-61540-BB

FRISBID SERVICES, LLC,

    Defendant.
_____/

**NOTICE OF SERVICE OF COURT ORDER**

      I, Leon F. Hirzel, pursuant to this Court's Order dated September 17, 2018, [ECF No. 21] (the "Order"), hereby certify that a copy of the Order was served on September 20, 2018 via U.S. Certified Mail to:

Frisbid Services, LLC
Attn: Hector Osorio
4917 N. University Dr.
Lauderhill, FL 33351

      I further certify that on September 18, 2018 I had a telephone conference with Mr. Osorio wherein I explained to him the contents of the Order.

Dated:  September 21, 2018        Respectfully submitted,

                                    **HIRZEL DREYFUSS & DEMPSEY, PLLC**
                                    2333 Brickell Ave, Suite A-1
                                    Miami, Florida 33129-2497
                                    Telephone: (305) 615-1617
                                    Facsimile: (305) 615-1585

                                    By: */s/ Leon F. Hirzel*
                                        **LEON F. HIRZEL**
                                      Florida Bar No. 085966
                                      hirzel@hddlawfirm.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** on this 21st day of September, a copy of the foregoing document was sent via U.S. Mail to Frisbid Services, LLC, Attn: Hector Osorio, 4917 N. University Dr., Lauderhill, FL 33351 and was filed with the Clerk of Court using the CM/ECF system.

/s/ Leon F. Hirzel
LEON F. HIRZEL