UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  18-cv-61540-BB

SHLOMY HALAWANI,

    Plaintiff,

v.

FRISBID SERVICES, LLC,

    Defendant.
    _____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record.  On September 17, 2018, the Court granted Defendant's former counsel's Unopposed Motion for Withdrawal as Counsel of Record with Client Consent.  *See* ECF No. [21].  In the Order, the Court provided Defendant with thirty (30) days from the date of service of the Order to obtain new counsel and to have their new counsel file a Notice of Appearance with the Court.  *See Id*.  Defendant's former counsel served a copy of the Order on Defendant on September 18, 2018.  *See* ECF No. [22].  Defendant's Notice of Attorney Appearance was therefore due on October 18, 2018.  The time for compliance has passed, and Defendant has not complied, nor has it asked for an extension of time by which to do so.

Accordingly, it is **ORDERED AND ADJUDGED** that by **October 26, 2018**, Defendant must have its new counsel file a Notice of Appearance with the Court.[1]  Failure to comply may result in the imposition of appropriate sanctions.

---

[1] The Court notes that Defendant must be represented by counsel, as "[t]he rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).

Case No.  18-cv-61540-BB

**DONE AND ORDERED** in Miami, Florida this 19th day of October, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:

Counsel of record