<div align="center">

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61540 -BLOOM/Valle

</div>

SHLOMY HALAWANI,

    Plaintiff,

v.

FRISBID SERVICES, LLC,

    Defendant.

_____/

<div align="center">

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

</div>

**THIS CAUSE** is before the Court upon *sua sponte* review of the record. On November 13, 2018, the Court entered an Order Administratively Closing Case, ECF No. [28], instructing the parties to file a stipulation for dismissal on or before December 13, 2018. To date, the parties have not complied, nor have they shown cause.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled case is **DISMISSED WITHOUT PREJUDICE**;
2. Each party shall bear its own attorneys' fees and costs;
3. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;
4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 14th day of December, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 18-cv-61540 -BLOOM/Valle

Copies to:

Counsel of Record